# EXHIBIT A

```
                                                                    1

 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
 2                  CIVIL ACTION NO. 09-cv-3685

 3                         -  -  -

 4    VERNON W. HILL, II,       :  STENOGRAPHIC
      SHIRLEY HILL AND          :  TRANSCRIPT OF THE
 5    INTERARCH, INC.           :  VIDEOTAPE DEPOSITION
              Plaintiffs        :  OF:
 6                              :
         vs.                    :
 7                              :  SHIRLEY HILL
      COMMERCE BANCORP, LLC     :
 8    AND TD BANK, N.A.,        :
              Defendants        :
 9

10              TAKEN BEFORE:  Kathleen S. Bowe,

11    Registered Professional Reporter, Certified Court

12    Reporter and Notary Public, License No. 1312, at

13    the offices of InterArch, Inc., 9000 Atrium Way,

14    Suite 100, Mt. Laurel, New Jersey, 08054, on

15    Tuesday, April 12, 2011, commencing at 10:05

16    a.m., in the above-entitled cause of action.

17

18                        [ COPY
19

20

21    ---------------------------------------------------
              KATHY BOWE COURT REPORTERS
22           * Certified Court Reporters *
          * Registered Professional Reporters *
23               16 Autumnwood Lane
            Mt. Laurel, New Jersey  08054
24                 [856] 273-9299

25


                    KATHY BOWE COURT REPORTERS
```

Page 6

1  Q. We're here today to take your
2  deposition. Now, you've been deposed before
3  because I deposed you. Do you recall that?
4  A. I do.
5  Q. You understand the rules?
6  A. Do you?
7  Q. I do.
8  A. Yes.
9  Q. You understand the rules of the
10 deposition?
11 A. I do.
12 Q. Do you need me to repeat any of them?
13 A. No.
14 Q. So we can get right down to business?
15 A. Correct.
16 Q. If you need to take a break at any time,
17 just tell me and we'll take a break. All right?
18 A. All right.
19 Q. Ms. Hill, I'm going to show you what we
20 previously marked as TD-23 for identification,
21 and just ask you if you recognize that document?
22 A. Yes.
23 Q. Is that the Complaint that you and
24 Mr. Hill and InterArch filed against the
25 defendants, Commerce Bank and TD Bank?

KATHY BOWE COURT REPORTERS

Page 7

1  A. I believe it is.
2  Q. Did you read that Complaint at any point
3  in time?
4  A. Yes.
5  Q. So you're familiar with the allegations
6  in that Complaint as they relate to you and
7  InterArch; correct?
8  A. Correct.
9  Q. We're going to come back to that. Let
10 me just ask you a couple background questions.
11 Is it correct that you are the sole owner of
12 InterArch?
13 A. It is.
14 Q. And what is InterArch?
15 A. InterArch is an architectural design,
16 advertising, branding firm.
17 Q. And for how long has InterArch been in
18 existence as an entity?
19 A. I don't know. I would say 30 years.
20 Q. Okay.
21 A. I don't know exactly.
22 Q. Probably a little bit more than that?
23 A. Well, I started the firm somewhere
24 around 35 years ago.
25 Q. Okay. All right. Fair enough. Now, at

KATHY BOWE COURT REPORTERS

Page 8

1  all times during that period of 30 some years,
2  have you been the sole owner of InterArch?
3  A. Yes.
4  Q. And at all times since the start of that
5  firm, have you been the lead or principal person
6  at InterArch?
7  A. Yes.
8  Q. Can you tell us what your job duties are
9  at InterArch?
10 A. They've changed over 30 years, 35 years.
11 Q. Okay.
12 A. I guess as principal, it would be to set
13 the design parti, work with the staff, work with
14 the clients, look for business, run the firm.
15 Q. Okay. You mentioned that you would work
16 with the clients. What clients has InterArch
17 had, let's say over the last ten years?
18 A. Commerce Bank.
19 Q. Anybody else?
20 A. For ten, about ten years ago, we stopped
21 taking other clients because of the demands of
22 Commerce Bank. A client, two clients came to me
23 around nine years and asked us to do work. We
24 had done work for them before. Asked us to do
25 work. We did. Because we had had them before.

KATHY BOWE COURT REPORTERS

Page 9

1  But they were the only two. Other than that, we
2  turned down work.
3  Q. Okay. Let's, if we could, focus on the
4  year 2006, which is approximately five years ago.
5  A. Uh-huh.
6  Q. You have to just --
7  A. Yes.
8  Q. You don't do this everyday; we do. And
9  if I remind you or prompt you, you have to answer
10 yes or no, it is not because I'm trying to --
11 A. I understand.
12 Q. I just want to make sure the record is
13 clear.
14 A. Uh-huh.
15 Q. The other two clients that you
16 mentioned, were they clients in the period of the
17 2006, 2007 time frame?
18 A. No.
19 Q. Who were those other two clients?
20 A. Lockheed Martin.
21 Q. Okay.
22 A. And I don't remember the full name, but
23 Oliver Frey, law firm.
24 Q. His former firm?
25 A. Correct.

KATHY BOWE COURT REPORTERS

10

1  Q. Mr. Frey has passed, so it was the firm
2  that was in existence when he --
3  A. Correct.
4  Q. Got it. Frey, Petrakis, does that ring
5  a bell?
6  A. And Deeb.
7  Q. There you go. And you did work for
8  those two entities?
9  A. Correct.
10 Q. Was that before 2006?
11 A. Yes.
12 Q. In the year 2006, is it your testimony
13 that you only worked for Commerce Bank?
14 A. For Commerce Bank and for, for clients
15 of Commerce that they loaned us out to. Commerce
16 paid us, but we did work for, we did work for
17 Mayor Bloomberg in New York, called Vernon Hill
18 and asked if we could get involved with a
19 customer service project they had. We got a call
20 and said please go to New York and work on this
21 project.
22         We also worked on the Morristown
23 School of Autism, that I believe they were, we
24 lent them money, I believe, the bank did.
25 Q. So other than Commerce Bank itself in

KATHY BOWE COURT REPORTERS

11

1  2006, the only other work you did was work for
2  Commerce Bank customers for which Commerce Bank
3  compensated InterArch; is that your testimony?
4  A. Engaged us.
5  Q. Right.
6  A. And compensated us.
7  Q. So in 2006, the sole source of
8  InterArch's compensation or revenue -- let me
9  start over. In 2006, the sole source of
10 InterArch's revenue was Commerce Bank; correct?
11 A. Correct.
12 Q. In 2006, did InterArch turn down any
13 work?
14 A. We turned down work all the time. Yes.
15 Yes, in 2006 we did.
16 Q. Do you recall what work InterArch turned
17 down in 2006?
18 A. Not all of it. Some was Chipotle in New
19 York.
20 Q. That is a chain of restaurants?
21 A. It is. Turned down work with Blue
22 Cross/Blue Shield, Harrisburg. There were
23 several others.
24 Q. Okay. Did you keep a record or a list
25 of the business and work that you turned down?

KATHY BOWE COURT REPORTERS

12

1  A. No. Come here. Come on, come on.
2  He'll come back. Thank you.
3  Q. Let's go to 2007. In 2007, was Commerce
4  Bank the sole source of revenue for InterArch?
5  A. I would have to say yes.
6  Q. In 2007, did InterArch perform work for
7  any other entities, businesses, charities or
8  otherwise for which they were compensated by
9  Commerce Bank?
10 A. Not that I recall.
11 Q. In 2007, did InterArch turn down any
12 work?
13 A. No.
14 Q. In 2006, about how many employees were
15 working at InterArch?
16 A. Upwards of, I would say, I think in 2007
17 we were around 60. So we might have been, we
18 might have been between 55 and 60 in 2006.
19 Q. In 2007, how many employees were working
20 for InterArch?
21 A. I don't recall the exact number, but I
22 think around 60.
23 Q. And that's at the beginning of the year?
24 A. Yes.
25 Q. During 2007, did the number of employees

KATHY BOWE COURT REPORTERS

13

1  change at InterArch?
2  A. Yes.
3  Q. If you started the year 2007 with
4  approximately 60 employees, how many employees
5  were employed by InterArch by the end of 2007?
6  A. I would say -- I really don't know the
7  number.
8  Q. Do you have an estimate?
9  A. Quite a few left.
10 Q. Were you down to about 20, 25 employees?
11 A. Could have been. I would have to look
12 at a record. I don't recall.
13 Q. What would you look at?
14 A. I would look at probably employment
15 records.
16 Q. Any employment record in particular you
17 would look at?
18 A. No.
19 Q. Kind of like a payroll list?
20 A. Could.
21 Q. But is it your best recollection or
22 approximation that at the end of 2007, InterArch
23 was down to about 20 to 25 employees?
24 A. I would say 25 or so.
25 Q. Okay. 25 is fair. All right. Now, did

KATHY BOWE COURT REPORTERS