# BROWN & CONNERY
## LLP

ATTORNEYS AT LAW AND PROCTORS IN ADMIRALTY
360 HADDON AVENUE
P.O. BOX 539
WESTMONT, NEW JERSEY 08108

TELEPHONE: (856) 854-8900
FACSIMILE: (856) 858-4967
www.brownconnery.com

WOODBURY, NJ 08096   CAMDEN, NJ 08102   PHILADELPHIA, PA 19102
(856) 812-8900          (856) 365-5100         (215) 592-4352

STEVEN G. WOLSCHINA
PAUL MAINARDI
MICHAEL J. VASSALOTTI v
WILLIAM M. TAMBUSSI v
MARK P. ASSELTA*
STEPHEN J. DeFEO*
JOSEPH M. NARDI, III*
CHRISTINE P. O'HEARN* v
JOSEPH T. CARNEY* ·
KAREN A. MCGUINNESS*
SUSAN M. LEMING*
SHAWN C. HUBER* v
LOUIS R. LESSIG*
JOSEPH M. GAREMORE*
JEFFREY R. JOHNSON*

COUNSEL:
JOHN E. WALLACE, JR.

OF COUNSEL:
KATHIE L. RENNER*
JOSEPH G. ANTINORI
CARL J. GREGORIO~

THOMAS F. CONNERY, JR. (1915-2004)
HORACE G. BROWN (1902-1990)
HOWARD G. KULP, JR. (1906-1987)

MICHELLE H. BADOLATO^*
COLLEEN P. BEZICH*
WILLIAM F. COOK*
MICHAEL J. DiPIERO*
ABIGAIL M. GREEN*
JENNIFER A. HARRIS
PATRICK J. HOLSTON*
DIANE S. KANE*
JANINE M. LLOYD*
DONALD K. LUDMAN,
KEITH C. MALCARNEY
BETH L. MARLIN*
ERIC D. MILAVSKY*
MICHAEL J. MILES*
PAMELA A. MULLIGAN
CHRISTOPHER A. ORLANDO*
GINA M. ROSWELL*
KENNETH J. SCHWEIKER, JR°
KRISTIN L. VAN ARSDALE ·
MICHAEL J. WATSON*

* ALSO ADMITTED IN PENNSYLVANIA
^ ALSO ADMITTED IN NEW YORK
. ALSO ADMITTED IN DELAWARE
° ALSO ADMITTED IN MARYLAND
v CERTIFIED BY THE SUPREME
    COURT OF NEW JERSEY AS
    CIVIL TRIAL ATTORNEY
· CERTIFIED BY THE SUPREME COURT OF
    NEW JERSEY AS WORKERS'
    COMPENSATION LAW
    ATTORNEY

June 14, 2012

**VIA CM/ECF**

Hon. Robert B. Kugler, U.S.D.J.
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza, Room 6040
Camden, NJ 08101

     Re:    **Hill, et al. v. DiFlorio, et al.**
             **Docket No. 09-cv-3685-JS-RBK**
             **Our File No. 08-0099**

Dear Judge Kugler:

     As you are aware, this office represents Defendants Commerce Bancorp, LLC and TD Bank, N.A. in the above referenced matter. In accordance with the terms of the Court's Order, dated May 31, 2012 [Doc. No. 302], enclosed please find the following documents, which were the subject of Defendants' motions to seal [Doc. Nos. 257 and 265] and have since be en approved for public use by the Office of the Comptroller of Currency ("OCC"):

- **Exhibit A** -- Affidavit of V. Gerard Comizio, ¶¶ 26-29, 39;

- **Exhibit B** -- Transcript of the Deposition of V. Gerard Comizio, pages 29, 96-111, 114-15, 163-69, 192-220, 257-58, 261-67;

- **Exhibit C** -- Letter from Paul Allan Schott, dated September 23, 2011;

- **Exhibit D** -- Transcript of the Deposition of Gerard Guidice, pages 76, 109-12, 122-24;

- **Exhibit E** -- Transcript of the Deposition of Dennis DiFlorio, pages 45-48, 85-88, 137-44, 181-84;

- **Exhibit F** -- Transition Plan submitted by Commerce Bank, N.A. to OCC;

- **Exhibit G** -- Transcript of the Deposition of Vernon W. Hill, II, pages 162-69;

**BROWN & CONNERY**
LLP

Hon. Robert B. Kugler, U.S.D.J.
May 11, 2012
Page 2

- **Exhibit H** -- Transcript of the Deposition of Gregory Cowhey;
- **Exhibit I** -- Expert Report of Gregory Cowhey;
- **Exhibit J** -- Email from Kevin Lee to Andrew Sandler, Esq., dated November 12, 2008; and
- **Exhibit K** -- Transcript of the Deposition of Shirley Hill, pages 89-90.

Thank you for your consideration of this matter.

Respectfully submitted,

BROWN & CONNERY, LLP

William M. Tambussi

MJM
Enclosures
cc:  Edwin J. Jacobs, Jr., Esq. (via email)
     Louis M. Barbone, Esq. (via email)