JACOBS & BARBONE, P.A.
A Professional Corporation
Attorneys at Law
1125 Pacific Avenue
Atlantic City, New Jersey 08401
(609) 348-1125
jacobsbarbone@comcast.net
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| VERNON W. HILL, II, SHIRLEY HILL and INTERARCH, INC., | Civil Action No. 1:09-cv-03685(RBK-JS) |
|---|---|
| Plaintiffs | Civil Action |
| v. | DECLARATION OF LOUIS M. BARBONE, ESQUIRE IN SUPPORT OF MOTION FOR LEAVE TO FILE FOR SUMMARY JUDGMENT ON COUNTS ONE AND TWO OF PLAINTIFF'S COMPLAINT |
| COMMERCE BANCORP, LLC and TD BANK, N.A., | |
| Defendants. | |

I, Louis M. Barbone, Esquire, an attorney at law licensed to practice before the United States District Court for the District of New Jersey and a partner in the law firm of Jacobs & Barbone, P.A., attorneys for plaintiff Vernon W. Hill, II, does hereby declare in support of plaintiff's motion for leave to file a Summary Judgment Brief for a finding of defendants' liability on Counts One and Two of plaintiff's complaint, the following upon his personal knowledge that:

1. Exhibit 1 to this Declaration is a true and correct copy of the Commerce Board of Directors' meeting minutes and Resolution from June 28, 2007;

2. Exhibit 2 to this Declaration is a true and correct copy of Vernon W. Hill's June 29, 2007 letter of resignation;

3. Exhibit 3 to this Declaration is a true and correct copy of William Tambussi, Esquire's letter dated July 3, 2007;

4. Exhibit 4 to this Declaration is a true and correct copy of excerpts from the Commerce 10Q SEC filing on June 30, 2007;

5. Exhibit 5 to this Declaration is a true and correct copy of excerpts from Commerce's 10K filing with the SEC on December 31, 2007;

6. Exhibit 6 to this Declaration is a true and correct copy of Commerce Bancorp Board of Directors' meeting minutes from November 20, 2007;

7. Exhibit 7 to this Declaration is a true and correct copy of Commerce Board of Directors' meeting minutes from December 18, 2007;

8. Exhibit 8 to this Declaration is a true and correct copy of excerpts from the deposition transcript of John Christian Fisher taken March 24, 2011;

9. Exhibit 9 to this Declaration is a true and correct copy of deposition excerpts taken from the deposition testimony of Dennis DiFlorio on March 31, 2011;

10. Exhibit 10 to this Declaration is a true and correct copy of deposition excerpts taken from the deposition testimony of Joseph Buckelew taken August 8, 2011;

11. Exhibit 11 to this Declaration is a true and correct copy of deposition excerpts from the deposition testimony of John Lloyd on March 22, 2012;

12. Exhibit 12 to this Declaration is a true and correct copy of Magistrate Schneider's Order and Decision entered February 26, 2013;

13. Exhibit 13 to this Declaration is a true and correct copy of deposition excerpts from the deposition testimony of Gerard Comizio taken February 3, 2012;

14. Exhibit 14 to this Declaration is a true and correct copy of defendants' Interrogatory answers filed February 12, 2010;

15. Exhibit 15 to this Declaration is a true and correct copy of the transcript before Magistrate Schneider on March 18, 2010;

16. Exhibit 16 to this Declaration is a true and correct copy of defendant TD's brief in support of Summary Judgment filed with the Court on February 5, 2010;

17. Exhibit 17 to this Declaration is a true and correct copy of the Court's Summary Judgment Opinion entered March 1, 2012;

18. Exhibit 18 to this Declaration is a true and correct copy of the April 23, 2012 letter of Edward Pollock.

19. Exhibit 19 to this Declaration is a true and correct copy of the deposition transcript of Edward Pollock conducted March 8, 2013.

20. Exhibit 20 to this Declaration is a true and correct copy of the June 28, 2007 OCC Consent Order;

21. Exhibit 21 to this Declaration is a true and correct copy of the November 18, 2007 OCC Consent Order.

22. Exhibit 22 to this Declaration is a true and correct copy of Barbone's letter demand to Susan M. Leming, Esquire dated March 12, 2013;

23. Exhibit 23 to this Declaration is a true and correct copy of the March 29, 2013 deposition transcript of Douglas Pauls;

24. Exhibit 24 to this Declaration is a true and correct copy of the October 16, 2007 Board minutes;

25.     Exhibit 25 to this Declaration is a true and correct copy of the July 3, 2007 Tambussi letter.

I hereby declare under penalty of perjury that all of the foregoing statements are true and correct to the best of my knowledge and belief.

Jacobs & Barbone, P.A.

_____
Louis M. Barbone

Dated: 4/2/13