# VERDICT FORM

*Hill (vs) Commerce Bancorp, LLC*
*Civ. #09-3685*

1. Has Defendant Commerce Bancorp proven by a preponderance of the evidence that it is legally impossible to comply with its contractual obligations to Plaintiff Vernon W. Hill, II?

   __X__ Yes          _____ No

If yes, close your deliberations and return your verdict.
If no, answer question 2.

2. How much money has Plaintiff Vernon W. Hill II proven by a preponderance of the evidence he should be awarded for:
   a. Severance Pay: $_____
   b. Interest: $_____
   c. Stock Options: $3,024,750.00

Answer question 3.

3. Has Plaintiff Vernon W. Hill II proven by a preponderance of the evidence that he is entitled to recover the reasonable costs, including counsel fees and costs of litigation, he incurred in enforcing his rights under the Employment Agreement with Defendant Commerce Bancorp?

   _____ Yes          _____ No

5/21/13
Dated                                                  Spokesperson